Same case below, 361 Fed. Appx. 707.

Same case below, 365 Fed. Appx. 691.

**No. 09-10898. Ruben Avila, Petitioner v. United States.**

561 U.S. 1017, 130 S. Ct. 3486, 177 L. Ed. 2d 1077, 2010 U.S. LEXIS 5196.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-10912. Jaime Pena-Gomez, Petitioner v. United States.**

561 U.S. 1017, 130 S. Ct. 3487, 177 L. Ed. 2d 1077, 2010 U.S. LEXIS 5193.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-10902. Marcus Antonio McNeill, Petitioner v. United States.**

561 U.S. 1017, 130 S. Ct. 3487, 177 L. Ed. 2d 1077, 2010 U.S. LEXIS 5195.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 372 Fed. Appx. 420.

**No. 09-10913. Jose Alfonso Charles, Petitioner v. United States.**

561 U.S. 1018, 130 S. Ct. 3488, 177 L. Ed. 2d 1077, 2010 U.S. LEXIS 5203.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 366 Fed. Appx. 532.

**No. 09-10908. Franz Golding, Petitioner v. United States.**

561 U.S. 1017, 130 S. Ct. 3487, 177 L. Ed. 2d 1077, 2010 U.S. LEXIS 5215.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 374 Fed. Appx. 208.

**No. 09-10917. Lander Gonzalez-Lopez, Petitioner v. United States.**

561 U.S. 1018, 130 S. Ct. 3488, 177 L. Ed. 2d 1077, 2010 U.S. LEXIS 5191.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 357 Fed. Appx. 581.

**No. 09-10910. Diaunte Shields, Petitioner v. United States.**

561 U.S. 1017, 130 S. Ct. 3487, 177 L. Ed. 2d 1077, 2010 U.S. LEXIS 5205.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-10918. Willis Mark Haynes, Petitioner v. United States.**

561 U.S. 1018, 130 S. Ct. 3488, 177 L. Ed. 2d 1077, 2010 U.S. LEXIS 5209.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.